IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MICHAEL CARY SNOWDEN and BRENDA ASCENCIO, | § § § | |
|---|---|---|
| Plaintiffs, | § § | |
| V. | § § | No. 3:18-cv-1797-K |
| WELLS FARGO BANK, N.A., ET AL., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 27, 2018, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

Signed September 17th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE